121 A.3d 432

COMMONWEALTH of Pennsylvania, Appellant

v.

Christina J. LASATER, Appellee.

No. 33 MAP 2015.

Supreme Court of Pennsylvania.

Aug. 6, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of August, 2015, the Motion to Quash is **GRANTED.**